AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CYNTHIA A. GEORGE,**

      **PLAINTIFF,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO. C2-09-648** |
| **COMMISSIONER OF** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SOCIAL SECURITY,** | **MAGISTRATE JUDGE TERENCE P. KEMP** |

      **DEFENDANT.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed April 27, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: April 27, 2010                                       JAMES BONINI, CLERK

                                                            */S/ Andy F. Quisumbing*
                                                            (By) Andy F. Quisumbing
                                                            Courtroom Deputy Clerk